UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No.:   4:21 CR 571 AGF (SRW) |
| VICTORIA WILLIAMS, | ) ) ) ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

COMES NOW attorney Jason A. Korner to motion this Court to allow him to withdraw as the attorney of record for Defendant. Mr. Korner was CJA appointed counsel on this case and Defendant has subsequently hired private counsel.

Respectfully submitted,

THE LAW OFFICE OF JASON A. KORNER

/s/ *Jason A. Korner*_____
Jason A. Korner # 58495
7911 Forsyth Blvd., Suite 300
Clayton, MO 63105
Phone: (314) 409-2659
Fax:    (314) 863-5335
jasonkorner@kornerlaw.com
Attorney for Defendant

Certificate of Service

The undersigned hereby certifies that on this 29th day of October, 2021, a true and accurate copy of the foregoing was served on all parties of record via the Court's electronic filing system.

/s/ *Jason A. Korner*_____